No. 609. BALTUFF *v.* UNITED STATES.

January 7, 1929. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there is no basis for certiorari, application for which is therefore also denied.

The costs already incurred herein by direction of the Court shall be paid by the Clerk from the special fund in his custody as provided in the order of October 29, 1926. *Mr. Eduarda K. Baltuff, pro se.* No appearance for the United States.

No. 504. HORTON ET AL. *v.* PRENDERGAST, COMMISSIONER, PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK AND CHAIRMAN, ETC., ET AL. January 7, 1929. *Per Curiam:* The appeal is dismissed for want of a substantial federal question on the authority of *Offield* v. *New York, New Haven and Hartford R. R.*, 203 U. S. 372, 375; *Mt. Vernon-Woodberry Cotton Duck Co.* v. *Alabama Interstate Power Co.*, 240 U. S. 30, 32. *Mr. Allen S. Hobbard* for appellants. *Messrs. Albert Ottinger, Albert J. Danaher,* and *Henry Purcell* for appellees.